**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>vs.<br><br>Asuncion Romero-Ramos,<br><br>      Defendant. | No. 06-1763M<br><br>**ORDER** |

This Court has received and considered Defendant's Motion to Extend Time To Indict (Doc. #12), filed on April 21, 2006. The Motion will be denied. *See United States v. Ramirez-Cortez*, 213 F.3d 1149 (9th Cir. 2000).

DATED this 26th day of April, 2006.

David K. Duncan
United States Magistrate Judge